FILED

JUN 1 5 2016

PATRICK KEANEY
Clerk, U.S. District Court

By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

WILLIAM CONLEY BOAZ II,

*Defendant.*

SEALED

Case No. **CR 16-052-JHP**

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### INTERSTATE DOMESTIC VIOLENCE
[18 U.S.C. §§ 1151, 1152 & 2261(a)(1)]

On or about February 18, 2016, in the Eastern District of Oklahoma, while present within the special maritime and territorial jurisdiction of the United States, the defendant, **WILLIAM CONLEY BOAZ II**, with the intent to injure, harass and intimidate, A.K., an intimate partner of said defendant, and, while in the course of and as a result of said presence, committed and attempted to commit an assault, a crime of violence against said A.K., an Indian, in violation of Title 18, United States Code, Sections 1151, 1152 and 2261(a)(1).

A TRUE BILL:

MARK F. GREEN
United States Attorney

_/s/ Shelly L. Harrison_
SHELLY L. HARRISON, OBA #21518
Special Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
**FOREPERSON OF THE GRAND JURY**